United States Courts
Southern District of Texas
FILED
DEC 12 2018
David J. Bradley, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint        Felony

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.
Freddie Domingo GARCIA-Jax

**CRIMINAL COMPLAINT**

Case Number: 2:18mj5601

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 10, 2018 in Hidalgo County, in the Southern District Of Texas defendant(s) being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo, Texas which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States after having a previous conviction pursuant to Title 8 USC 1325(a)

in violation of Title 8 United States Code, Section(s) 1325

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On December 10, 2018, Border Patrol Agents encountered Freddie Domingo GARCIA-Jax attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined GARCIA-Jax to be a citizen and national of Guatemala without any valid immigration documents to enter or remain in the United States legally. Record checks revealed GARCIA-Jax has a prior conviction for illegal entry on February 2, 2014 for which he was sentenced to 30 days. GARCIA-Jax stated he had entered the United States illegally by crossing the Rio Grande River on or about December 10, 2018 near Hidalgo, Texas. GARCIA-Jax entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_/s/ Antonino Gonzalez Jr._
Signature of Complainant

Gonzalez-Jr, Antonino    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

December 12, 2018 at 12:15pm     at     Corpus Christi, Texas
Date                                                            City/State

B. Janice Ellington       U.S. Magistrate Judge
Name of Judge             Title of Judge                               Signature of Judge

United States Courts
Southern District of Texas
FILED

DEC 12 2018

David J. Bradley, Clerk of Court

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**

**V.**

Freddie Domingo GARCIA-Jax

**CRIMINAL COMPLAINT**

Case Number: 2:18mj5601

AUSA Julie Hampton was briefed on the case and accepted prosecution for a violation of Title 8 USC 1325, subsequent Illegal Entry into the United States.

SUBSCRIBED and SWORN to before me this 12th day of December, 2018

Signature of Judicial Officer

Gonzalez-Jr, Antonino    Border Patrol Agent
Signature of Complainant